





JOLLIBEE FOODS CORP

LOCSY INC

CAL    7/21/97    14:50
3:97-CV-00090
*10*
*MO.*

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: __Jollibee Foods v Locsey, Inc.__     Case No: __97-CV-0090 BTM (JFS)__

Hon. James F. Stiven     Ct. Deputy Maria J. Mirabella     Rptr. _____

Present

Plaintiff(s): __Ian Kessler, Esq.__

Defendant(s): __Ira Siegel, Esq. (telephone)__

PROCEEDINGS:   ✓ In Chambers   ___ In Court   ___ Telephonic
CONDUCTED ON:  __7-14-97__

___ The date and time of the Case Management Conference/Settlement Conference/Settlement Disposition Conference/Motion Hearing/Discovery Conference is VACATED and RESCHEDULED for _____, at _____ a.m./p.m.

___ The Early Neutral Evaluation Conference is CONTINUED from _____ to _____, at _____ a.m./p.m., at the request of _____.

___ Mandatory/Further Settlement Conference held. Case did not settle. Further Settlement Conference to be held on _____, at _____ a.m./p.m., or at the request of parties.

___ A settlement conference will be held on _____, at _____ a.m./p.m.

___ All parties or their representatives who have authority to enter into a binding settlement, in addition to the attorneys participating in the litigation, shall be present at the conference.

✓ Settlement / ENE conference held. Case settled. A settlement disposition will be held in this case on __8-14-97__, at __3:00__ a.m./(p.m.) in the chambers of Magistrate Stiven unless a signed stipulation for dismissal is filed prior to that time.

___ Case Management Conference held. A Scheduling Order will issue.

___ The discovery cutoff date is extended to _____. All other dates previously set shall remain in full force and effect.

___ Early Neutral Evaluation Conference convened and recessed to _____, at _____ a.m./p.m.

___ Early Neutral Evaluation Conference held. Case did not settle.

___ Case Management Conference to be held on _____, at _____ a.m./p.m.

___ Case Management Conference held. Settlement Conference to be held on _____, at _____ a.m./p.m.

___ Other: _____

DATE: __7-17-97__     INITIALS: __MJM__ Deputy

cc: Honorable __Barry Ted Moskowitz__
All Counsel (WT)