









JOLLIBEE FOODS CORP

LOCSY INC

CAL    9/16/97    10:29

3:97-CV-00090

*11*

*STIPO.*

```
 1  Ian L. Kessler, State Bar No. 105,889
    BAKER & McKENZIE
 2  Wells Fargo Plaza, Twelfth Floor
    101 West Broadway
 3  San Diego, California 92101
    Telephone: (619) 236-1441
 4  Attorney for Plaintiff Jollibee Foods
    Corporation
 5
    Ira M. Siegel, State Bar No. 78,142
 6  LADAS & PARRY
    5670 Wilshire Boulevard, Suite 2100
 7  Los Angeles, California  90036-5679
    Telephone: (213) 934-2300
 8  Attorney for Defendants Global
    Produce Corporation, Philip Young,
 9  Locsy Inc., and Eliseo Sy
```

FILED
SEP 15 1997
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLLIBEE FOODS CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>LOCSY, INC., a California Corporation, d.b.a. GOLDEN FOODS CORPORATION; ELISEO SY, an individual; GLOBAL PRODUCE CORPORATION, a California corporation, d.b.a. GOLDEN FOODS CORPORATION; PHILIP YOUNG, an individual; and GOLDEN FOODS CORPORATION, a business entity of unknown origin,<br><br>   Defendants. | CIVIL ACTION NO.<br> 97-CV-0090 BTM(JFS)<br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE PURSUANT TO<br>FED. R. CIV. P. 41(a)(1)(ii) |
| GLOBAL PRODUCE CORPORATION,<br>a California Corporation,<br><br>   Counterclaimant,<br><br>  v.<br><br>JOLLIBEE FOODS CORPORATION,<br>a Philippine Corporation,<br><br>   Counterdefendant. | |

ENTERED ON SEP 15 1997

1

ORIGINAL

1  WHEREAS, all the Defendants who have been served with a
2  summons and complaint in this action, except that Golden Foods
3  Corporation is not a separate entity but is instead a fictitious
4  business name used by Locsy, Inc.;

5  WHEREAS, Plaintiff Jollibee Foods Corporation ("JFC") and the
6  Defendants are the only parties who have appeared in this case;

7  WHEREAS, JFC and Defendants have entered into a Settlement
8  Agreement by which they have amicably resolved the matters raised
9  in Plaintiff's First Amended Complaint and in Defendant Global
10 Produce Corporation's Counterclaim;

11 WHEREAS, JFC and Defendants have agreed that the First
12 Amended Complaint and the Counterclaim should each be dismissed
13 with prejudice in their entirety, with it being understood that
14 such dismissal shall not prejudice any assertion by JFC of its
15 current or future rights against any future conduct of Defendants
16 in derogation of said Settlement Agreement;

17 Plaintiff Jollibee Foods Corporation and Defendants hereby
18 stipulate, by and through their respective counsel, as follows:

19     **1. Pursuant to Rule 41(a)(1)(ii) of the**
20     **Federal Rules of Civil Procedure, the First**
21     **Amended Complaint and the Counterclaim in Case**
22     **No. 97-CV-0090 BTM(JFS), and each claim for**
23     **relief and cause of action set forth therein, are**
24     **each dismissed with prejudice in its entirety.**

25     **2. Each party shall bear its own attorney**
26     **fees and costs.**

27     **3. This Court shall maintain jurisdiction**
28     **for the purpose of enforcing the terms of the**

1 | above-mentioned Settlement Agreement for a period
2 | of ending six months from the date this dismissal
3 | is entered or March 31, 1998, whichever date is
4 | earlier.

Date: September 11, 1997

Respectfully submitted,

/s/ [signature] for

Ian L. Kessler, State Bar No. 105,889
**BAKER & McKENZIE**
Wells Fargo Plaza, Twelfth Floor
101 West Broadway
San Diego, California 92101
Telephone: (619) 236-1441

Attorney for Plaintiff Jollibee Foods Corporation

Date: Aug. 30, 1997

/s/ Ira M. Siegel

Ira M. Siegel, State Bar No. 78,142
**LADAS & PARRY**
5670 Wilshire Boulevard, Suite 2100
Los Angeles, California  90036-5679
Telephone: (213) 934-2300

Attorney for Defendants Global Produce Corporation, Philip Young, Locsy Inc., and Eliseo Sy

ORDER

IT IS SO ORDERED

Dated: 9-12-97

/s/ Barry Ted Moskowitz
Hon. Barry T. Moskowitz
U.S. District Judge

3